1   LAW OFFICES OF BILL LATOUR
2   BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: Bill.latour@verizon.net
6
7   Attorney for Plaintiff

8                UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10  MARK HODGE,                          )     No.  EDCV 10-1050 FMO
11                                       )
12       Plaintiff,                      )     ORDER AWARDING EAJA FEES
                                         )
13       v.                              )
                                         )
14                                       )
    MICHAEL J. ASTRUE,                   )
15  Commissioner Of Social Security,     )
                                         )
16                                       )
         Defendant.                      )
17  _____)

18
         Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
         IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20
    THOUSAND FIVE HUNDRED DOLLARS AND 00/100 ($3,500.00) subject to the
21
    terms of the stipulation.
22
         DATE:  9/27/11                     _____/s/_____
23
                                           HON. FERNANDO M. OLGUIN
24                                         UNITED STATES MAGISTRATE JUDGE
25
26
27
28

                                      -1-